ASH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garel Jose Munoz Munguia,<br>Petitioner,<br>v.<br>Eric Rokosky,<br>Respondent. | No. CV-26-06887-PHX-EJM<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1). Petitioner has now filed a Motion to Voluntarily Dismiss this action. (Doc. 8). Accordingly, the Court will grant the Motion, and direct that this action be dismissed without prejudice.

**IT IS ORDERED:**

(1) Petitioner's Motion for Voluntary Dismissal (Doc. 8) is **granted**.

(2) The Petition (Doc. 1) and this action are **dismissed without prejudice**, and the Clerk of Cort must **enter judgment** accordingly.

Dated this 3rd day of November, 2026.

Eric J. Markovich
United States Magistrate Judge